Because I would affirm the trial court's denial of the wife's Rule 60(b)(3), A.R.Civ.P., motion, I must respectfully dissent. The trial court's grant or denial of such a motion is presumed correct, and this court may determine only whether the trial court's ruling was an abuse of discretion. Buchanan v. Collier,571 So.2d 1068 (Ala. 1990). After hearing the testimony and evaluating the credibility of the witnesses, the trial court determined that the wife was not entitled to have the consent judgment set aside. Although the husband's behavior is objectionable, the wife acted against the advice of her experienced attorney, and she acquiesced in her husband's suggestion despite her past experiences with him. Furthermore, the trial judge testified that he ascertained that the wife understood that she would be bound by the agreement after she signed it, and that she did not appear coerced or intimidated. I find no error in the trial court's determination that under these facts the wife's motion is due to be denied.